IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Patricia Varieur** | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.   16-3111 PX |
| | * | |
| **BIS Global** | | |
| Defendant | * | |

\*\*\*\*\*\*

## ORDER

Pending before the Court are Defendant BIS Global's Motion to Quash Summons and Dismiss Complaint (ECF No. 8), Plaintiff's Motion to Strike Defense Motion (ECF No. 10) and Plaintiff's Motion to for Entry of Default (ECF No. 11).  In Defendant's Reply to Plaintiff's Response to the Motion to Quash, (ECF No. 12), Defendant raised that counsel for Plaintiff, Glenn H. Stephens, III, failed to include any bar number in any of his submissions and may not be a member of this Court's bar.  Upon review, it appears that Mr. Stephens is not a member of this Court's bar, nor has he applied for or been granted admission through this Court's *pro hac vice* procedures. *See* Local Rule 101.

Accordingly, it is this 15th day of November, 2016, ORDERED that Mr. Stephens show good cause within 14 days of the date of this Order why his appearance as counsel for Plaintiff and all pleadings filed by him should not be immediately stricken in this matter.

/S/
Paula Xinis
United States District Judge

1